

Amy Sullivan Cahill
Cahill IP, PLLC
6013 Brownsboro Park Blvd.
Suite B
Louisville, Kentucky 40207
acahill@cahill-ip.com
Direct : 502-825-0220
Toll Free: 844-238-0755
Mobile: 502-619-4583

June 2, 2020

<u>**VIA FEDERAL EXPRESS**</u>

Amazon, Inc.
Legal Department- Subpoenas
300 Deschutes Way S.W.
Suite 304
Tumwater, WA 98501

<u>**WITHOUT PREJUDICE – ALL RIGHTS RESERVED**</u>

**RE:    Tempur Sealy International /Amazon.com seller "ⓉoysⓄnline" Infringements**

Dear Sir or Madam:

We represent Tempur Sealy International, Inc. ("Tempur Sealy") in intellectual property matters and are contacting you regarding Amazon.com seller "ⓉoysⓄnline." We provide this notice pursuant to Section 512 of Title 17 of the U.S. Code (as enacted by the Online Copyright Infringement Liability Limitation Act") to request that you immediately take action with respect to infringements that are occurring by seller "ⓉoysⓄnline" on Amazon.com.  This notice is being provided to you as the party responsible for hosting the user's storefront.

Based on the information at our disposal, we have a good faith belief that the material located on and/or being distributed from seller "ⓉoysⓄnline" is infringing Tempur Sealy's copyrights.  The copyrighted works that have been infringed include those listed on Exhibit A, enclosed herein.  Such copies, titles, listings, references, descriptions, depictions, and material that are the subject of infringing activities are hereinafter referred to as "Infringing Materials."

Given the infringing activity, we urge you to cooperate with our efforts to protect Tempur Sealy's intellectual property rights and immediately do the following:

1. Immediately take steps to remove or disable access to all of the Infringing Materials;

2. Notify any seller who may have participated in reproducing or distributing the Infringing Materials that their conduct was illegal and could be subject to enforcement; and



Without Prejudice – All Rights Reserved
Amazon, Inc.
June 2, 2020

3. Take appropriate action against any responsible seller under the Abuse Policy/Terms of Service Agreement, including termination of repeat offenders under Section 512 (i) of Title 17 of the U.S. Code.

    I believe that the information in this notification is accurate. Under penalty of perjury, I hereby affirm that I am authorized to act on Tempur Sealy's behalf whose exclusive copyright rights I believe to have been infringed as described herein. By providing this notice, Tempur Sealy is not waiving its right to engage in other enforcement activities, and reserves all rights to do so at any time.

    Thank you for your cooperation and prompt response in this matter.

Sincerely,

Amy S. Cahill

Enclosure

cc:    Tempur Sealy International, Inc.

4832-0161-3227, v. 1

# EXHIBIT A

Internet screen shots of Amazon.com storefront of ⓉoysⓄnline, found at:

https://www.amazon.com/Mattresses-Sealy-Bedding/s?i=baby-products&bbn=166817011&rh=n%3A166817011%2Cp_89%3ASealy%2Cp_6%3AA270GIASSJQ68C&dc&qid=1591106694&rnid=275225011&ref=sr_nr_p_6_4



4822-6484-1643, v. 1